# **EXHIBIT B**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re | ) |
| | ) |
| THE ASPEN CLUB & SPA, LLC | ) Case No. 19-14158 JGR |
| EIN: 84-1581963 | ) |
| | ) Chapter 11 |
| Debtor-in-Possession. | ) |
| | ) |
| In re | ) |
| | ) |
| ASPEN CLUB REDEVELOPMENT | ) Case No. 19-14200-JGR |
| COMPANY, LLC | ) |
| EIN: 46-5472246 | ) Chapter 11 |
| | ) **(Jointly Administered under** |
| Debtor-in-Possession | ) **Case No. 19-14158 JGR)** |

## DECLARATION OF ALAN TANTLEFF

I, Alan Tantleff, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am a Senior Managing Director of FTI Consulting, Inc. ("FTI"), and I have personal knowledge of the matters set forth in this declaration.

2. The Aspen Club & Spa, LLC ("Aspen Club") and ACR (together, the "Debtors") desire to employ and retain FTI as financial advisor and consultant in the bankruptcy cases provide advisory and consulting services with respect to the Debtors' business and operations related to the bankruptcy cases and Debtors' chapter 11 plan. Services that FTI will render as financial advisor and consultant may include, but are not limited to, advising the Debtors regarding the Debtors' business and operations related to the bankruptcy cases and Debtors' chapter 11 plan, and providing other services for the Debtors as necessary and appropriate for the administration of the Debtors' estate and the Debtors' successful reorganization.

3. In connection with FTI's employment as financial advisor and consultant, on or about February 27, 2020, the Debtors and FTI entered into an engagement ("Engagement Agreement"), a copy of which is attached to the Application as Exhibit B. Under the terms of the Engagement Agreement, the Debtors and FTI agree that FTI will be compensated on an hourly basis for services performed. Hourly rates charged by FTI under the Engagement Agreement are $920-1,295 per hour for Senior Managing Directors, $690-905 for Directors, Senior Directors, and Managing Directors, $370-660 per hour for Consultants and Senior Consultants, and $150-280 per hour for administrative and paraprofessional staff. The Debtors also agree FTI will be reimbursed for reasonable expenses incurred in connection with the engagement, including, but not limited to, telephone, overnight mail, messenger, travel, meals, accommodations and other expenses specifically related to the engagement.

4. The advisors and employees of FTI are well-qualified to perform the necessary services as financial advisors for the Debtors in these matters.

5. To the best of my knowledge and belief, formed after a reasonable investigation into FTI's records, and except as stated herein, neither FTI nor any employee of FTI: (a) represents or represented entities that are creditors or parties in interest (or affiliates of creditors and parties in interest) of ACR, Aspen Club, or their affiliates; (b) holds any adverse interest to ACR, Aspen Club, or their affiliates; and (c) has any connection with any party in interest or their respective attorneys, accountants, or agents, or the Office of the United States Trustee or any person employed in the Office of the United States Trustee. FTI will promptly disclose any material developments regarding ACR and Aspen Club or any other pertinent relationship that comes to FTI's attention by way of a supplemental declaration.

6. To the best of my knowledge and belief, FTI is a "disinterested person," as defined under 11 U.S.C. § 101(14).

7. FTI acknowledges all compensation owed under the Engagement Agreement will be paid only upon approval of this Application by the Bankruptcy Court and approval of fees and expenses in accordance with the Order Establishing Interim Compensation Procedures entered by the Bankruptcy Court on July 31, 2019.

Dated: March 2, 2020    By: _____
                            Alan Tantleff