**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**
Minutes of Electronically Recorded Proceeding
Held Wednesday, July 22, 2020, before Honorable Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br>**The Aspen Club & Spa, LLC**<br><br>Debtor<br>Employer's Tax Identification<br>No. [if any]: **84-1581963** | Bankruptcy Case No.<br>19-14158 JGR<br>Chapter 11 |
| In re:<br>**Aspen Club Redevelopment Company, LLC,**<br><br>Debtor<br>Employer's Tax Identification<br>No. [if any]: **46-5472246** | Bankruptcy Case No.<br>19-14200 JGR<br>Chapter 11<br>**Jointly Administered Case No<br>19-14158-JGR** |

☒ **Appearances:**

| | |
|---|---|
| Debtors: The Aspen Club & Spa, LLC and Aspen Club Redevelopment Company, LLC | Counsel: James Markus<br>John F. Young<br>William Cross |
| Creditor: GPIF Aspen Club LLC | Counsel: Jason Cohen<br>Nancy Davis<br>Bryan S. Dumesnil |
| Creditor: Revere High Yield Fund, LP | Counsel: Joel Laufer |
| Creditor: Gould Group Mechanic's Lien Claimants | Counsel: Michael Guyerson |
| Creditor: PCL Construction Services, Inc. | Counsel: Andrew Johnson |
| Creditor: RK Mechanical | Counsel: Patrick Haines |
| Creditor: Aspen Club Development Fund, LP. | Counsel: David T. Brennan |
| Creditor: EFO Financial Group, LLC | Counsel: Steven Berman<br>Seth Traub |
| Creditor: Gateway Real Estate Investments, LLC | Counsel: Daniel J. Sullivan |
| Creditor: David A. Gerson and Donna L. Gerson, Telesoft Management Capital Balance Fund, LLC, Arnold Whitman, Grant Place Fund, LLC, and Robert A. Fox aka Robert Fox | Counsel: Douglas W. Brown |

**Proceedings:** Evidentiary Hearing regarding Confirmation Hearing on Debtors' Modified Joint Second Plan of Reorganization of the Aspen Club & Spa, LLC and Aspen Club Redevelopment Company, LLC pursuant to Chapter 11 of the United States Code dated September 16, 2019 and Amended November 22, 2019 and January 28, 2020 (Docket No. 652) and Objections thereto filed by GPIF Aspen Club LLC and Revere High Yield Fund, L.P. on March 31, 2020 (Docket Nos. 723 and 724); and Evidentiary Hearing regarding Motion to Approve Exit Financing Loan Agreement Under 11 U.S.C. § 364 And Granting Related Relief filed by Aspen Club Redevelopment Company, LLC, and The Aspen Club & Spa, LLC filed on September 16, 2019 (Doc. 323); the Objection thereto filed by Revere High Yield Fund, LP filed

    on October 15, 2019 (Doc. 371); and the Objection filed by GPIF Aspen Club LLC filed on October 15, 2019 (Doc. 379).

☒ Entry of appearances and statements/arguments made
☒ Evidentiary[1]
☐ Witnesses sworn, as noted below, or ☐ see attached list
☐ Exhibits entered, as noted below, or ☐ see attached list
☒ The Court issued an Oral Ruling on GPIF's motion for the entry of judgment on partial findings pursuant to Fed.R.Bankr.P.7052(c).

**Orders:**

☒ Oral findings and conclusions made of record
☒

  IT IS ORDERED that GPIF's oral motion for the entry of judgment on partial findings pursuant to Fed.R.Bankr.P.7052(c) made at the close of the Debtors' case on July 17, 2020, is GARNTED.

  IT IS FURTHER ORDERED that the Motion to Approve Exit Financing Loan Agreement Under 11 U.S.C. § 364 And Granting Related Relief filed by Aspen Club Redevelopment Company, LLC, and The Aspen Club & Spa, LLC filed on September 16, 2019 (Doc. 323) is DENIED.

  IT IS FURTHER ORDERED that confirmation of Debtors' Modified Joint Second Plan of Reorganization of the Aspen Club & Spa, LLC and Aspen Club Redevelopment Company, LLC pursuant to Chapter 11 of the United States Code dated September 16, 2019 and Amended November 22, 2019 and January 28, 2020 (Doc. 652; the "Plan") is DENIED.

  IT IS FURTHER ORDERED that the Debtors are granted leave to file a further amended plan on or before **August 21, 2020**, failing which the cases will be dismissed.

            FOR THE COURT:
            Kenneth S. Gardner, Clerk

            /s/ S. Nicholls
            By: S. Nicholls, Law Clerk

---

[1] Evidentiary for statistical reporting purposes